United States
District Court
for The District of Columbia
U.S. Court House

Danny Lee Johnson    o    Civil Action No#
     Petitioner    o    05-1799
     o      UNA
   V.    o
Troy Williamsons eL.at    o
    Respondent    o

## "Notice of Appeals"

On this date, September 15th, 05, defendant Danny Lee Johnson #01316-000 recieved an order from the District Court of Wash. DC. dated September 2, 05 and filed September 12, 05: Defendant Danny Lee Johnson,

Herewith files Notice for the Appeals on Judge who signed the fore said — memorandum dated Sept 2, 05 denying, without an evidentiary hearing, Defendant Now request Appeals.

9-20-05

Respectfully
Submitted
Danny L. Johnson