# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ORIGINAL

OCT 24 2005 RECEIVED

DANNY LEE JOHNSON

USCA No. 05-5368

v.

TROY WILLIAMS

USDC No. 05-CV-01799 UNA

Leave to file without Prepayment of Cost **GRANTED**
Colleen Kollar-Kotelly
12/13/05

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

I, Danny Lee Johnson 01316-000, declare that I am the
☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

I am Incarserated in Allenwood USP Illegally. The DC Superior court gave me crimes I Never committed, or anyone said I did, plus I was never Indicted by the grand Jury for the crimes Ap, Ao of the Indiment. I Need A Lawyer Please!!!

Signature: Danny Johnson
Name of *Pro Se* Litigant (PRINT): Danny Lee Johnson 01316-000
Address: USP. Allenwood PO Box 3000
White Deer, PA 17887

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Danny Lee Johnson

Case No. 05-5368

v.

Troy Williamson

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: Oct. 19, 05

**My issues on appeal are:**

I am Incarcerated because the court violated my right to be indicted plus I Never did the crimes the prosecutor, Defense Lawyer And Judge gave me crimes, that NO victim Niether said I did OR NO evidence it was committed Plus NO police Report, Nor was I ever Booked By the Police, And violated my Interstate Agreement on Detainers I came to DC. ON

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NO | $ NO | $ NO | $ NO |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NO | NO | NO | NO |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NO | NO | NO | NO |
| | | | |

4. How much cash do you and your spouse have? $ NONE

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NO | NO | $ NO | $ NO |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) NO

Other real estate (Value) NO

Motor vehicle # 1 NO (Value)
Make & year:
Model:
Registration #:

Motor vehicle #2 NO (Value)
Make & year
Model:
Registration #:

Other Assets (Value) NO

Other Assets (Value) NO

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money
NO

Amount owed to you
NO

Amount owed to your spouse
NO

7. State the persons who rely on you or your spouse for support.

Name
NO

Relationship
NO

Age
NO

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ NO | $ NO |
| Are real-estate taxes included? | [ ] Yes [✓] No | |
| Is property insurance included? | [ ] Yes [✓] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NO | $ NO |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | | |
| Motor Vehicle | $ | $ |
| Credit card (name): _____ | $ | $ |
| Department store (name): _____ | $ | $ |
| Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or

liabilities during the next 12 months?

[ ] Yes    [✓] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I only make 14,95 a month here at Allenwood, And I have to by cosmetics I dont work in unicore

13. State the address of your legal residence.
   PO Box 3000 Allenwood
   White Deer PA
   17887

Your daytime phone number: (___) No
Your age: 44    Your years of schooling: ~~8~~ in GED class right now
Your social-security number: 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